## The Inhabitants of SUFFOLK *versus* MILL POND WHARF CORPORATION.

*March term 1828, Suffolk.*

WRIT OF ENTRY. Office copies of several deeds had been used upon the trial of this action, and the question being made whether the expense (which it was stated exceeded the legal fees) should be taxed in the bill of costs, the *Court* said it was usual to allow for copies of deeds necessary in a trial, and at the legal rate according to the fee bill, ( *St.* 1795, *c.* 41,) where they are obtained from a register's office in this State.

*Welsh*, for the demandants.

*Hubbard* and *Sewall*, for the tenants.